UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
ROSE HANNA HAMAMA,

        Petitioner,                      Case No. 12-13367
                                               HON. GEORGE CARAM STEEH
_____/

## ORDER GRANTING PETITIONER'S REQUEST FOR REFUND

This matter has come before the court on petitioner Rose Hanna Hamama's request for a refund of the $46.00 fee she paid to the Clerk of the Court to file a miscellaneous case. Petitioner should have filed a civil case rather than a miscellaneous case, which she has now done, along with the civil case filing fee, which has now been paid. Now, therefore,

IT IS HEREBY ORDERED that petitioner's request for refund is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court take the necessary steps to issue a check for $46.00 made payable to Rose Hanna Hamama, and mailed to her attorney of record.

It is so ordered.

Dated: August 29, 2012

                                               s/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 29, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk